# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEITH J. SHULTZ,**

    **Plaintiff,**

**v.**                                    **Case No.: 2:16-cv-655**
                                            **JUDGE GEORGE C. SMITH**
                                            **Magistrate Judge Kemp**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on May 8, 2017. The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS** the *Report and Recommendation*. Plaintiff's Statement of Errors is hereby **SUSTAINED** to the extent that this case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), Sentence Four.

    The Clerk of this Court shall remove Document 19 from the Court's pending motions list. Further, the Clerk is instructed to enter final judgment and close this case.

    **IT IS SO ORDERED.**

                                                           */s/ George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**